## Ollie Sampson, Plaintiff in Error, v. Retta L. Harshman and Clement E. Harshman, Defendants in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Moultrie county; the Hon. WILLIAM K. WHITFIELD, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Ollie Sampson, plaintiff, against Retta L. Harshman and Clement E. Harshman, defendants, to recover damages for personal injuries sustained by plaintiff by the wagon in which he was riding being upset by a runaway team belonging to one of defendants, whereby plaintiff's ankle was sprained. From a judgment for plaintiff for twenty-five dollars, plaintiff brings error.

J. K. MARTIN and JENNINGS & ELDER, for plaintiff in error.

E. J. MILLER, for defendants in error.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

DAMAGES, § 191*—*when determination of question for jury.* In an action to recover damages for a sprained ankle, where there was no evidence that plaintiff did not in fact receive his contract wages for the time he was laid up after the accident, or that his failure to work during that time testified to was due to the accident, or that he expended any money for medical services, medicine or anything else in and about being healed, *held* that the amount of damages plaintiff was entitled to receive was a matter of estimate, not of definite proof, and was peculiarly within the province of the jury to determine.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.